# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:25-cv-03752-ODW (JCx) | Date | June 3, 2025 |
|---|---|---|---|
| Title | *Jane Doe v. ABM Industry Group, LLC et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings:**              **In Chambers**

On May 29, 2025, the parties filed a joint stipulation to dismiss and remand the case to state court. (ECF No. 19.) Pursuant to the parties' stipulation, the Court hereby **ORDERS** as follows:

1. Plaintiff's first through sixth causes of action are **DISMISSED WITH PREJUDICE**;

2. Each party shall bear their own costs and attorneys' fees; and

3. This action is **REMANDED** to the Superior Court of California, County of Los Angeles, 111 North Hill Street, Los Angeles, California 90012, Case No. 25STCV10344.

All dates and deadlines are **VACATED**. The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |